IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40450
Summary Calendar
_____

MARY L. MABRY,

                                        Plaintiff-Appellant,

versus

KENNETH S. APFEL, COMMISSIONER
OF SOCIAL SECURITY,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:95-CV-578
- - - - - - - - - -
Decmeber 21, 1998

Before REAVLEY, BENAVIDES and PARKER, Circuit Judges.

PER CURIAM:[*]

Mary L. Mabry appeals the district court's decision affirming the determination by the Commissioner of Social Security that Mabry is not disabled within the meaning of the Social Security Act. Mabry argues that the administrative law judge (ALJ) erred in failing to consider the combined or cumulative impact of her mental and physical impairments. Mabry also argues that the ALJ erred in applying the Medical-Vocational Guidelines in 20 C.F.R. Pt. 404, Subpart P, Appendix 2, rather

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

than obtaining the testimony of a vocational expert. We have reviewed the record and Mabry's brief and AFFIRM the district court's decision for essentially the same reasons set forth by the district court. Mabry v. Apfel, No. 6:95-CV-578 (E.D. Tex. February 17, 1998). The ALJ considered all of the impairments claimed by Mabry and found that no nonexertional impairment significantly affected her residual functional capacity. None of the dispositive findings are shown to be erroneous or unsupported by the record.

AFFIRMED.